Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

WILLA GRIFFITH, Respondent, v. THE PULLMAN COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLA GRIFFITH, Respondent, v. THE PULLMAN COMPANY and Another, Defendants, Impleaded with THE PENNSYLVANIA RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BERTRAM GRIFFITH, Respondent, v. THE PULLMAN COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BERTRAM GRIFFITH, Respondent, v. THE PULLMAN COMPANY and Another, Defendants, Impleaded with THE PENNSYLVANIA RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAURICE S. BENJAMIN and Others, Appellants, v. JOSEPH M. HYMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GENERAL TALKING PICTURES CORPORATION, Appellant, v. RHINELANDER AMUSEMENT COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

M. ARGUESO & CO., INC., Respondent, v. TRINIDAD CARDENAS and Others, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALICE VALLANCE, an Infant, etc., Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant, Impleaded with JASPER BAYNE, Appellant. EUGENE FRANK KEENAN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant, Impleaded with JASPER BAYNE, Appellant. ELIZABETH KEENAN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant, Impleaded with JASPER BAYNE, Appellant. JULIA CLAYTON, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant, Impleaded with JASPER BAYNE, Appellant. JULIA O'CONNOR, an Infant, etc., Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant, Impleaded with JASPER BAYNE, Appellant. MARY VALLANCE, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant, Impleaded with JASPER BAYNE, Appellant.— Order reversed, without costs of this appeal, and motion granted on payment of all taxable costs to date and ten dollars motion costs; the case to retain its place on the calendar. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

RACHEL M. ERWIN and Others, as Trustees, etc., of CHARLES R. ERWIN, Deceased, Respondents, v. GEORGE MATTHEW ADAMS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN O. COFF, Appellant, v. LUCILLE COFF, Respondent.— Order affirmed,